**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

─────────────────────────────

**United States of America,**

$\qquad\qquad$ **Plaintiff,**

$\quad$ **v.** $\qquad\qquad\qquad\qquad$ **1:22-CV-1040**

**$14,291.00 in U.S. Currency,**

$\qquad\qquad$ **Defendant.**

─────────────────────────────

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### FINAL ORDER OF FORFEITURE

$\qquad$ Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture (Dkt. No. 11) made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby

$\qquad$ **ORDERED** that the Motion, Dkt. No. 11, is **GRANTED**, and it is further

$\qquad$ **ORDERED** that Judgment of Default be entered against the defendant property, and it is further

$\qquad$ **ORDERED** that the defendant property is hereby forfeited to the United States, and it is further

$\qquad$ **ORDERED** that any claims to the defendant property are hereby forever barred.

**IT IS SO ORDERED**.

Dated:  September 6, 2023

Thomas J. McAvoy
Senior, U.S. District Judge